UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAMUEL HEATH, | ) |
| Plaintiff, | ) ) ) |
| vs | ) Case No: 1:19-cv-1208-JPH-DLP ) ) |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION TO DISMISS**

NOW COMES the Plaintiff, Samuel Heath, by and through counsel, Ashley D. Marks, and Defendant, Prudential Insurance Company of America, by counsel, Jennifer E. Burgess, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved with prejudice, each party to bear their own costs.

          Respectfully submitted,

\s\ Ashley D. Marks_____       /s/ Jennifer E. Burgess_____
Ashley D. Marks                                     Jennifer E. Burgess
Charles D. Hankey Law Office, PC        Seyfarth Shaw, LLP
434 E. New York Street                       233 S. Wacker Dr, Suite 8000
Indianapolis, IN 46202                       Chicago, IL 60606