UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

> The Court acknowledges the Stipulation to Dismiss, dkt. 28.  The Clerk is DIRECTED to close this case on the docket. JPH, 1/31/2020 Distribution via ECF.

| | |
|---|---|
| SAMUEL HEATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:19-cv-1208-JPH-DLP |
| vs | ) |
| | ) |
| PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Samuel Heath, by and through counsel, Ashley D. Marks, and Defendant, Prudential Insurance Company of America, by counsel, Jennifer E. Burgess, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved with prejudice, each party to bear their own costs.

Respectfully submitted,

__\s\ Ashley D. Marks_____       _/s/ Jennifer E. Burgess_____
Ashley D. Marks                              Jennifer E. Burgess
Charles D. Hankey Law Office, PC              Seyfarth Shaw, LLP
434 E. New York Street                        233 S. Wacker Dr, Suite 8000
Indianapolis, IN 46202                        Chicago, IL 60606